# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CV 3465

Date Filed: _____

Plaintiff/Petitioner:
**WILMA PARSLOW**
vs.
Defendant/Respondent:
**MERCK & CO., INC.**

For: Timothy M. O'Brien
    LEVIN, PAPANTONIO, ET AL

Received by Thornton Process Service on the 25th day of June, 2007 at 4:00 pm to be served on **MERCK & CO. INC. C/O C T CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011.** I, _LOAI F. SARSOUR_, being duly sworn, depose and say that on the _10th_ day of _JULY_, 20_07_ at _11:25_ a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT AND DEMAND FOR JURY TRIAL** in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

( ) INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as co-resident, age 15 or older, at the usual place of abode.

( ) SUBSTITUTE SERVICE - to _____ as _____ at their usual place of business.

( ) RECORDS CUSTODIAN - to _____ as _____ of the within named entity.

( ) GOV'T/PUBLIC AGENCY - to _____ as _____ of the within named agency.

CORPORATE SERVICE:
(✓) OFFICER/REG AGENT- to _Ms. Flores_ as _Process Clerk_.
( ) EMPLOYEE/OTHER - to _____ as _____ pursuant to F.S. 48.081((3)(a)&(b) due to failure to comply with F.S.48.091.

( ) NON SERVICE: As described in the Comments below. ( ) OTHER SERVICE: As described in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the _17_ day of _July_, _2007_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

PROCESS SERVER # _1133309_
Appointed in accordance
with State Statutes

Thornton Process Service
3214 Samantha Drive
Cantonment, FL 32533-7414
(850) 478-3333

Job Serial Number: 2007002645

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

WILMA PARSLOW

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MERCK & CO., INC.

**07 CV 3465**

SERVED 7/10/07 @ 11:25 am/pm   I.D.# 1333 09
Process Server Initials:
Thornton Process Service
(850) 478-3333

TO: (Name and address of defendant)

MERCK & CO., INC.
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY M. O'BRIEN
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. BAYLEN STREET, SUITE 600
PENSACOLA, FL 32591

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

MAY 01 2007

DATE