**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
IN RE: Fosamax Products Liability      :
Litigation                             :
                                       :
                                       :
-------------------------------------x
This Document Relates to: All Actions  :
                                       :
-------------------------------------x
```

1:06-md-1789 (JFK)
**Order**

**JOHN F. KEENAN, United States District Judge:**

Anthony G. Brazil's application for admission pro hac
vice is DENIED because the applicant has not submitted a
certificate of good standing "which has been issued within thirty
(30) days" by a court in the state to which he is a member of the
bar, as required by Rule 1.3(c) of the Local Rules of the United
States District Courts for the Southern and Eastern Districts of
New York.


SO ORDERED.

Dated:    New York, New York
          November 26, 2007

                                JOHN F. KEENAN
                         United States District Judge