```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION
                                    :   MDL No. 1789
                                        1:06-md-1789 (JFK)
------------------------------------x
*This Document Relates to:*          :   <u>ORDER</u>
All actions                          :
------------------------------------x

JOHN F. KEENAN, United States District Judge:

      Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:   New York, New York
         May 21, 2008

                                        /s/ John F. Keenan
                                        JOHN F. KEENAN
                            United States District Judge